UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

KAREEM DAVIS,

                Movant,

                -against-

UNITED STATES OF AMERICA,

                Respondent.

17 Cr. 610-16 (LGS)

25 Civ. 1781 (LGS)

**ORDER**

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Court is in receipt of Movant's motion to voluntarily dismiss Movant's petition under 28 U.S.C. § 2255 (the "Motion"). *See* Dkt. 728.

WHEREAS, the Motion, and accompanying certificate of service, are both unsigned by Movant. It is hereby

**ORDERED** that, should Movant wish to dismiss, Movant shall sign the Motion attached as Exhibit A, and resubmit the Motion to the Court.

The Clerk of Court is respectfully directed to docket this Order in both cases, close the Motion at Dkt. 728 and mail a copy of this Order to pro se Movant.

Dated:   October 2, 2025
           New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM DAVIS,
    movant-plaintiff

V.

UNITED STATES OF AMERICA,
    respondent-defendant

Case No.: 1:17-cr-00610-LGS

PRO SE

MOTION TO VOLUNTARILY DISMISS THE MOVANTS 28 U.S.C. § 2255 WITHOUT PREJUDICE

    Comes now the movant, Kareem Davis, respectfully moving to Voluntarily Dismiss his § 2255 without prejudice due to the following reasons:

    (1). After reviewing both the Govts. response and Counsels affidavits submitted in this case the movant, Kareem Davis, now understands that there is a difference between formal and informal plea offers such that he has no claim to present for § 2255 review.

    (2). As a defendant whom has turned his life around and accepts full responsibility for his deplorable conduct of his youth he does not want to waste the judicial resources of this Court by tying it up to resolve an otherwise frivolous claim.

    (3). MR. Kareem Davis, rather, finds that dismissing his § 2255 and instead in the near future filing a Sentence Reduction motion under 18 U.S.C. § 3582 would be more prudent and conducive to his Goal of being able to one day get out of prison and also pay his debt to society.

Wherefore, with respect to this honorable Court as well as the United States Attorney's office, MR. Davis prays that he be allowed to withdraw his §2255 motion without prejudice.

Respectfully Submitted

_____
Kareen Davis #

### CERTIFICATE OF SERVICE

I, Kareen Davis, hereby certify that a True and Correct Copy of the foregoing motion was sent to the following:

A.U.S.A Rothman
U.S. Attorneys office (S.D.NY)

Date: _____                           By: _____
                                            Kareen Davis #

KAREEM DAVIS #86427-054
USP Victorville
P.O Box 3900
Adelanto, CA 92301

NASHVILLE TN 370
25 SEP 2025 PM

Criminal
Docketing
United States district Courts
for the Southren district of
40 foley Square New York
SDNY

RECEIVED
OCT 01 2025
CLERK'S OFFICE
SDNY

USM & ED
SDNY

10007-150725